UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:MARIA R BOURNE BANKRUPTCY INTER ESTATE PURE TRUST

Case No.25-41222-ess

2025 SEP -5 P 1: 46

RECEIVED

Debtor(s)    Chapter 7

-------------------------------------------------------x

## NOTICE OF MOTION:

PLEASE TAKE NOTICE, a hearing will be held at the UNITED STATES Bankruptcy court for the Eastern\ District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201-1800 before the Honorable, United States Bankruptcy Judge, on or near _____. 2025 at _____am/pm-to to consider the motion for an order granting relief as follows:

Default judgment-void deed recorded March 21st, 2025 circa, in Kings county recorders book with Document Id. 2025032100297001    CRFN: 2025000079342 .

The property was unequityfully conveyed to Mohammed Alam and Mohammed Hosain by one Barton Schwartz, John Doe and any claimant with an interest. from the Estate without consent for $10.

Barton Schwartz pursuant to title 11 bankruptcy rule 7012-failed to respond to Summons and Complaint sent to their attorney address on record, pursuant to Service and Due Process rules 7004 and 7005. See Proof of mailing receipt and Certificate of Service.

Attorney of record

Date of hearing: *Oct 21 2025*
Time:*10:30 am*

Parties to appear live and on site in room_____.

*All hearings before Justice Stong are held on site in room *3585*. Parties will receive hearing times and room location(s).

Responsive papers shall be filed with the bankruptcy court no later than seven (7) days prior to the hearing date set forth above.

Date: *Oct 21st 2025*
*nb,*
*Sep 5th 2025*

By: *bourne maria*

maria bourne-Attorney-in-Fact.
c/o: 848 Linden Boulevard.
Brooklyn and New York, non-domestic
Phone:
Email: Bajan4lyfe@yahoo.com

-------------------------------------------------------

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re: MARIA R. BOURNE BANKRUPTCTY INTER ESTATE PURE TRUST

Case No. 25-41222-ess

## APPLICATION IN SUPPORT OF MOTION

### For Default/Summary Judgement.

TO THE HON., _____.

     Bankruptcy Judge

The undersigned makes this application in support of my motion for the relief stated in the

Notice of Motion. In support of this motion, hereby alleges as follows:

On or about 13 March, 2025 a Voluntary chapter 7 petition was filed at this venue vesting all Estate Corpus into the Bankruptcy Estate.

On or about April_____, 2025 an Adversarial Action initiate against one: Barton Schwartz, a man of unknown citizenship, whose address on the record is Brooklyn, New York by Certified/Registered return receipt mail.

All mail was returned delivered by the Post Office agents. See proof of mailing receipts and Certificate of

Pursuant to section 7004 and section 7005, service was proper and just.

On or about 27th May, some 30 days after Adversarial claim was entered, stating all pertinent factual pleadings on the record, Mr. Schwartz failed to answer, motion, or plead and as such with the operation for Bankruptcy Equity 7055, Entry for Default became automatic.

Defendants did fail to Move this court by Motion to set aside default, thereby accepting Plaintiff claim.

There being no opposition to the genuine issues claimed by Plaintiff, Plaintiff now moves the court to Order Default/Summary judgement against all defendants with this act.

Plaintiff in this actionable cause re-state all prior facts entered in record March 13th, 2025 and by Adversarial complaint entered on record April 27th, 2025 circa.

For all the above Equitable reasonings Default/Summary judgment must be en-forced pursuant to title 11 bankruptcy equity 542, 548, 544, 522(f),523 and rule 7055.

There is No Debt owed.

Defendant failed to timely enter a proof of claim.

Wherefore, Applicant prays for a Ruling granting the relief requested.

Date: *Oct 21 2025.*          By: *bourne bourne*

                                     Maria bourne:Attorney-in-Fact.

*10:30 am* _____

### UNITTED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NEW YORK
     x

In re: MARIA R. BOURNE BANKRUPTCY INTER ESTATE PURE TRUST

         Debtor                Case No.25-41222-css

      Chapter: 7

         x

## CERTIFICATE OF SERVICE

The undersigned certifies that on _____(day)_____(year), a
copy of the annexed Motion was served by depositing same, enclosed in
a properly addressed postage-paid envelope, in an official depository
under the exclusive care and custody of the United States Postal
Service within the State of New York, upon [below specify the name and
mailing address of each party served.


**Dated:**                                        By: *[signature]*
                                                  Bourne, maria: Attorney-in-fact.

c/o: Maria Bourne-attorney-in-fact.
    848 Linden boulevard, county.
    Brooklyn and New York.


Re: Case No. 1-25-041222-ess


Attn: Clerk of the court
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
261 Cadman Plaza East
Brooklyn, New York.


## Writ of Praecipe

        Upon review of the TAXABLE termination of Administrative Law Judge JUDGE NAME HERE and his determination of evidence is a TAXABLE termination and is now liable for the taxes on this termination and is TAX delinquent [protester] under TITLE 26 Subtitle B CHAPTER 11 Subchapter A PART III § 2032A. [Taxable termination]. This is a Notice and Demand for appeal for the production of the evidence of the subsequent tax forms therewith showing all items and debts connected with the name MARIA R. BOURNE BANKRUPTCY INTER ESTATE PURE TRUST: [New York rules of Evidence 90.201 and FRCP 32a appeal for the evidence]. The name on the initial public offer MARIA R. BOURNE which is the subject matter in this case must match the name of the heir MARIA R. BOURNE BANKRUPTCY INTER ESTATE PURE TRUST. The State and federal tax authorities [CID] would be interested in this delinquent item. Your failure to pay the tax is a breach of national security.

        Enter all defaults/summary pursuant to conclusive operation for bankruptcy Equity.

With Writ for Replevin demanding all absconded corpus property be returned to the Living Estate:
Property at 600-604 Flatbush avenue, Brooklyn and New York;
Property at 848 Linden boulevard, Brooklyn and New York.

This court nor its personnel have any authority to act in Executive capacity over the MARIA R BOURNE BANKRUPTCY INTER ESTATE PURE TRUST.
Such capacity remains exclusively with the Fiduciary maria bourne, all her assigns, heirs and appointees. This venue operates ministerially for the benefit and protection for the said Living Estate and all its Corpus Rez held in the Pure Trust.

A W9 demanding this BANKRUPTCY COURT federal EIN and the proposed attorney federal EIN is being officially placed on the record.
Failure to provide required credentials directly harms the interest for the Living Estate.

_____
Bourne, maria.
Grantor/Beneficiary.
CC:                                    2nd Circuit

IRS Technical Support Division
C/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington, District Columbia [20220].

The united States Of America
1600 PENNSYLVANIA AVE NW
WASHINGTON, DC 20500

Justice Department
271 CADMAN PLZ E STE 1595

271 CADMAN PLZ E STE 1595
BROOKLYN, New York [11201]

UNITED STATES BANKRUPTCY COURT
271 CADMAN PLZ E STE 1595
BROOKLYN, NEW YORK [11201].

CONSUMER FINANCIAL PROTECTION BUREAU
BANKING DIVISION

Michael P. Scotto Lemente- dba IRS Laison agent.
212-436-1314.

BROOKLYN, NY 11201

c/o: Hurley, Joseph- dba branch manager.          The Bureau of The Fiscal Services.
1314 VIRGINIA AV 4C                                Maryland, usa.
BRONX, NY 10462
271 Cadman Plaza E. suite 1595.
Brooklyn, New York.

# United States Bankruptcy Court
# Eastern District of New York

In re MARIA R BOURNE BANKRUPTCY INTER ESTATE PURE TRUST

|  |  |  |
|---|---|---|
| Debtor | ) | Case No. 25-41222-ess |
|  | ) |  |
| Address:    c/o: 848 Linden boulevard,, Brooklyn and New York | ) |  |
|  |  |  |
| ) |  |  |
|  | ) | Chapter 7 |
|  | ) | Adversarial: |
| ) |  |  |
|  | ) |  |
|  | ) |  |
| Employer's Tax Identification (EIN) No.(if any): _____ | ) |  |
|  | ) |  |

# NOTICE OF OBJECTION TO  ATTORNEY Substitution

**Maria Bourne- CREDITOR has filed papers with the court with objecting to the attorney substitution for Mohammed Alam, Mohammed Hosain, John Doe and any claimant with an interest,. for the following facts:**
**1. The proposed new attorney and his firm failed to file proper Substitution form;**
**2. There is no authorizing release from the prior attorney to the new attorney on behalf of the client under wardship.**

        <u>Your rights may be affected</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

        If you do not want the court to enter the relief sought with the objection, or if you want the court to consider your views on the objection, then on or before _____, 2025 circa you or your attorney must:

        [File with the court a written request for a hearing {*or, if the court requires a written response, an answer, explaining your position*} at:

                271 Cadman Plaza East
                Brooklyn, New York

        If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        You must also send a copy to c/o: Maria Bourne
                                848 Linden Boulevard. county.
                                Brooklyn and New York.

            C/o; Thompson Joel
                143 hampshire drive, county.
                Plainsboro and New Jersey.

[Attend the hearing scheduled to be held on Oct 21 st ,2025 circa, at 10:30 a.m./p.m. in Courtroom____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter a Ruling granting that relief.

Date: _____          Signature: _~~brurke marui~~_

                                        Name: _____

                                        Address: _____