UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: MARIA E BOURNE BANKRUPTCY INTER ESTATE     Case No. 25-411222 ESS
PURE TRUST
                                                  Chapter 7
                    Debtor.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on __9/9/2025__, a copy of
(Date of Service/Mailing)

_____,
(Title of Document(s) served)

was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Mohammed Hasan
Mohammed Alam
Barton Schwartz

RECEIVED 2025 SEP -9 A 11:41

Dated: 9/9/2025

Signature: Bourne Maria
Print name: MARIA BOVERE
Address: 848 Linden Blvd
Phone: 347-476-2668
Email: Dajan4wife@yahoo



```
                    UNITED STATES
                    POSTAL SERVICE

           CADMAN PLAZA
        271 CADMAN PLZ E STE 2
         BROOKLYN, NY 11201-9997
              www.usps.com

09/09/2025                          11:15 AM

TRACKING NUMBERS
7022167000034878840
7022167000034879045
7022167000034878833

TRACK STATUS OF ITEMS WITH THIS CODE
         (UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS
Product                    Qty   Unit    Price
                                 Price
First-Class Mail®           1            $0.78
  Letter
  Brooklyn, NY 11233
  Weight: 0 lb 0.40 oz
  Estimated Delivery Date
    Thu 09/11/2025
  Certified Mail®                        $5.30
  Tracking #:
    7022167000034878840
  Return Receipt                         $4.40
  Tracking #:
    9590 9402 8895 4064 6191 27
Total                                   $10.48

First-Class Mail®           1            $0.78
  Letter
  New York, NY 10006
  Weight: 0 lb 0.50 oz
  Estimated Delivery Date
    Thu 09/11/2025
  Certified Mail®                        $5.30
  Tracking #:
    7022167000034879045
  Return Receipt                         $4.40
  Tracking #:
    9590 9402 8895 4064 6190 80
Total                                   $10.48

First-Class Mail®           1            $0.78
  Letter
  Brooklyn, NY 11233
  Weight: 0 lb 0.50 oz
  Estimated Delivery Date
    Thu 09/11/2025
  Certified Mail®                        $5.30
  Tracking #:
    7022167000034878833
  Return Receipt                         $4.40
  Tracking #:
    9590 9402 8895 4064 6191 34
Total                                   $10.48

Grand Total:                            $31.44
Cash                                    $40.00
```



